Case 3:08-cv-03895-JCS    Document 4    Filed 08/14/2008    Page 1 of 3



ORIGINAL FILED

AUG 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Kevin R. Mintz, Esq. (Bar No. 172299)
2  Bryce Gray, Esq. (Bar No. 215176)
   RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
3  A Professional Corporation
   1333 Broadway, Suite 600
4  Oakland, CA  94612
   Tel: (510) 465-3922 – Fax: (510) 452-3006          [E-FILING MANDATORY]
5
6  Attorneys for Defendant,
   CAVCO INDUSTRIES, INC.
7

E-filing JCS

8                    UNITED STATES DISTRICT COURT
9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10



11  JOYCE ANDERSON and JASON                Case Number CV 08 3895
    ANDERSON,
12
13             Plaintiffs,                  JOINDER IN NOTICE OF REMOVAL OF
                                            ACTION PURSUANT TO 28 U.S.C
14  vs.                                     SECTION 1441(a)
                                            [FEDERAL QUESTION]
15  CAL-AM PROPERTIES, INC.; CAVCO
    INDUSTRIES, INC. and DOES 1-100,
16  Inclusive,
17
               Defendants.
18  _____/

19  TO THE CLERK OF THE ABOVE REFERENCED COURT:

20         Defendant CAVCO INDUSTRIES, INC. hereby joins in CAL-AM PROPERTIES,

21  INC.'S Notice of Removal to the United States District Court for the Northern District of

22  California of the action filed in the Superior Court of the State of California in and for the

23  County of Alameda (Case No.: HG08384678 entitled "JOYCE *ANDERSON and JASON*

24
25  *ANDERSON, plaintiffs, vs. CAL-AM PROPERTIES, INC.; CAVCO INDUSTRIES, INC. and*

26  *DOES ONE through ONE HUNDRED, inclusive, Defendants*")

27  ///
28  ///

Joinder in Notice of Removal of Action Pursuant to 28 U.S.C. Section 1441(a) [Federal Question]          1

| | | |
|---|---|---|
| 1 | Dated: August 13, 2008. | RANKIN, SPROAT, MIRES, BEATY & REYNOLDS |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Kevin R. Mintz |
| 5 | | Bryce Gray<br>Attorneys for Defendant |
| 6 | | CAVCO INDUSTRIES, INC. |

## PROOF OF SERVICE

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within cause. My employment address is 1333 Broadway, Suite 600, Oakland, California 94612.

On August 13, 2008, I served copies of the attached document entitled: **JOINDER IN NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C SECTION 1441(a) [FEDERAL QUESTION]** on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| **JOYCE ANDERSON and JASON ANDERSON**<br>Paul G. Minoletti, Esq.<br>Brandon L. Reeves, Esq.<br>Greene, Chauvel, Descalso & Minoletti<br>155 Bovet Road, Suite 780<br>San Mateo, CA 94402<br>Tel: (650) 573-9500<br>Fax: (650) 573-9689 | **CAL-AM PROPERTIES, INC.**<br>John Pentecost, Esq.<br>Hart, King & Coldren, a PLC<br>200 Sandpointe, 4th Floor<br>Santa Ana, CA 92707<br>Tel: (714) 432-8700<br>Fax: (714) 546-7457<br>Email: jpentecost@hkclaw.com |

[XX]  **BY U.S. MAIL.** I caused such envelope to be placed for deposit in the U.S. Postal Service in a sealed envelope, with postage prepaid, addressed to the above, and that envelope was placed for collection and mailing on that date following ordinary business. (CCP § 1013a(3))

[ ]  **BY FEDERAL EXPRESS.** I caused such envelope to be deposited in a Federal Express depository at Oakland, California.

[ ]  **BY PERSONAL SERVICE.** I caused such envelope to be delivered by hand to the offices of the addressee(s).

[ ]  **BY FAX TRANSMISSION.** Pursuant to Rule 2.306 of the California Rules of Court, I caused such document to be transmitted via facsimile to the offices of the addressee(s).

[ ]  **STATE.** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[XX]  **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. *[E-FILED/SERVED ON REPRESENTED PARTIES, PURSUANT TO PART III OF GENERAL ORDER 45]*

Executed on August 13, 2008, at Oakland, California.

_____
Holley A. Hale