| | |
|---|---|
| 1 | Kevin R. Mintz, Esq. (Bar No. 172299) |
| 2 | Bryce Gray, Esq. (Bar No. 215176) |
|   | RANKIN, SPROAT, MIRES, BEATY & REYNOLDS |
| 3 | A Professional Corporation |
|   | 1333 Broadway, Suite 600 |
| 4 | Oakland, CA 94612 |
| 5 | Tel: (510) 465-3922 – Fax: (510) 452-3006     **[E-FILING MANDATORY]** |
| 6 | Attorneys for Defendant, |
|   | CAVCO INDUSTRIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCE ANDERSON and JASON ANDERSON, | Case Number: CV-083895 JCS |
|   | *Assigned to Magistrate Judge Joseph C. Spero for All Purposes* |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| CAL-AM PROPERTIES, INC.; CAVCO INDUSTRIES, INC. and DOES 1-100, Inclusive, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE REFERENCED COURT:

Pursuant to Civil L.R. 3-16, Defendant CAVCO INDUSTRIES, INC. hereby certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 27, 2008.

RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

By: _____
Kevin R. Mintz
Bryce Gray
Attorneys for Defendant,
CAVCO INDUSTRIES, INC.

Certification of Entities or Persons [L.R. 3-16]                              1

**PROOF OF SERVICE**

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within cause. My employment address is 1333 Broadway, Suite 600, Oakland, California 94612.

On August 27, 2008, I served copies of the attached document entitled:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| **JOYCE ANDERSON and JASON ANDERSON**<br>Paul G. Minoletti, Esq.<br>Brandon L. Reeves, Esq.<br>Greene, Chauvel, Descalso & Minoletti<br>155 Bovet Road, Suite 780<br>San Mateo, CA 94402<br>Tel: (650) 573-9500<br>Fax: (650) 573-9689<br>Email: pminoletti@greenechauvel.com<br>Email: brandon@greenechauvel.com | **CAL-AM PROPERTIES, INC.**<br>John Pentecost, Esq.<br>Hart, King & Coldren, a PLC<br>200 Sandpointe, 4th Floor<br>Santa Ana, CA 92707<br>Tel: (714) 432-8700<br>Fax: (714) 546-7457<br>Email: jpentecost@hkclaw.com |

[ ]   **BY U.S. MAIL.** I caused such envelope to be placed for deposit in the U.S. Postal Service in a sealed envelope, with postage prepaid, addressed to the above, and that envelope was placed for collection and mailing on that date following ordinary business. (CCP § 1013a(3))

[ ]   **BY FEDERAL EXPRESS.** I caused such envelope to be deposited in a Federal Express depository at Oakland, California.

[ ]   **BY PERSONAL SERVICE.** I caused such envelope to be delivered by hand to the offices of the addressee(s).

[ ]   **BY FAX TRANSMISSION.** Pursuant to Rule 2.306 of the California Rules of Court, I caused such document to be transmitted via facsimile to the offices of the addressee(s).

[ ]   **STATE.** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[XX]   **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. *[E-FILED/SERVED ON REPRESENTED PARTIES, PURSUANT TO PART III OF GENERAL ORDER 45]*

Executed on August 27, 2008, at Oakland, California.

_____
Holley A. Hale

Certification of Entities or Persons [L.R. 3-16]                     2