PAUL G. MINOLETTI, ESQ./SBN 118192
GREENE, CHAUVEL, DESCALSO & MINOLETTI
155 Bovet Road, Suite 780
San Mateo, CA 94402
Telephone: (650) 573-9500
Facsimile: (650) 573-9689
E-mail: pminoletti@greenechauvel.com

Attorneys for Plaintiffs
**JOYCE ANDERSON and JASON ANDERSON**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOYCE ANDERSON and JASON ANDERSON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CAL-AM PROPERTIES, INC.; CAVCO INDUSTRIES, INC. and DOES ONE through ONE HUNDRED, inclusive**,<br><br>Defendants. | Case No.   3:08-cv-03895-JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:  September 4, 2008          GREENE, CHAUVEL, DESCALSO & MINOLETTI

                                    BY: _____
                                         PAUL G. MINOLETTI
                                         Attorneys for Plaintiffs

1
**Consent to Proceed Before a United States Magistrate Judge**

# PROOF OF SERVICE
## [C.C.P. §2015.5]

**Anderson, Joyce & Jason v. CAVCO, et al.**
**United States District Court, Northern District Case No. 3:08-cv-03895-JCS**

I, Valerie J. Previte, declare:

    I am a resident of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am an employee of the Law Offices of Greene, Chauvel, Descalso & Minoletti, and my business address is, 155 Bovet Road, Suite 780, San Mateo, California 94402.

I caused to be served :    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

[XX]    BY MAIL: I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Mateo, California to each addressee attached.

[___]    BY PERSONAL DELIVERY: I caused each such envelope to be delivered by hand to the offices of each addressee attached.

[XX]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

____    VIA FACSIMILE: I caused each such document to be faxed to the offices of each addressee attached on the parties involved addressed as follows:

| |
|---|
| Boyd Lee Hill, Esq.<br>Hart, King & Coldren<br>200 Sandpointe, Fourth Floor<br>Santa Ana, CA 92707<br>Tele:   (714) 432-8700<br>Fax:    (714) 546-7457<br><br>*Attorneys for Defendant Cal-Am Properties* |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on September 4, 2008 at San Mateo, California.

                                                        _____
                                                         Valerie J. Previte

**Proof of Service**