```
 1   Kevin R. Mintz, Esq. (Bar No. 172299)
     Bryce Gray, Esq. (Bar No. 215176)
 2   RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
     A Professional Corporation
 3   1333 Broadway, Suite 600
     Oakland, CA  94612
 4
     Tel: (510) 465-3922 -- Fax: (510) 452-3006         [E-FILING MANDATORY]
 5
 6   Attorneys for Defendant,
     CAVCO INDUSTRIES, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCE ANDERSON and JASON ANDERSON,<br><br>         Plaintiffs,<br><br>vs.<br><br>CAL-AM PROPERTIES, INC.; CAVCO INDUSTRIES, INC. and DOES 1-100, Inclusive,<br><br>         Defendants.<br>_____/ | Case Number:  CV-083895 JCS<br>*Assigned to Magistrate Judge Joseph C. Spero for All Purposes*<br><br>**CONSENT TO PROCEED BEFORE A**<br>**UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United Statement Court of Appeals for the Ninth Circuit.

Dated: September 4, 2008.          RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

                                   By: _____
                                        Kevin R. Mintz
                                        Attorneys for Defendant,
                                        CAVCO INDUSTRIES, INC.

# PROOF OF SERVICE

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within cause. My employment address is 1333 Broadway, Suite 600, Oakland, California 94612.

On September 4, 2008, I served copies of the attached document entitled:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| **JOYCE ANDERSON and JASON ANDERSON**<br>Paul G. Minoletti, Esq.<br>Brandon L. Reeves, Esq.<br>Greene, Chauvel, Descalso & Minoletti<br>155 Bovet Road, Suite 780<br>San Mateo, CA 94402<br>Tel: (650) 573-9500<br>Fax: (650) 573-9689<br>Email: pminoletti@greenechauvel.com<br>Email: brandon@greenechauvel.com | **CAL-AM PROPERTIES, INC.**<br>John Pentecost, Esq.<br>Hart, King & Coldren, a PLC<br>200 Sandpointe, 4th Floor<br>Santa Ana, CA 92707<br>Tel: (714) 432-8700<br>Fax: (714) 546-7457<br>Email: jpentecost@hkclaw.com |

[ ] **BY U.S. MAIL.** I caused such envelope to be placed for deposit in the U.S. Postal Service in a sealed envelope, with postage prepaid, addressed to the above, and that envelope was placed for collection and mailing on that date following ordinary business. (CCP § 1013a(3))

[ ] **BY FEDERAL EXPRESS.** I caused such envelope to be deposited in a Federal Express depository at Oakland, California.

[ ] **BY PERSONAL SERVICE.** I caused such envelope to be delivered by hand to the offices of the addressee(s).

[ ] **BY FAX TRANSMISSION.** Pursuant to Rule 2.306 of the California Rules of Court, I caused such document to be transmitted via facsimile to the offices of the addressee(s).

[ ] **STATE.** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[XX] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. *[E-FILED/SERVED ON REPRESENTED PARTIES, PURSUANT TO PART III OF GENERAL ORDER 45]*

Executed on September 4, 2008, at Oakland, California.

*Amanda M. Williams*
Amanda M. Williams

Consent to Proceed Before a United State Magistrate Judge         2