Robert S. Coldren, Esq., Bar No. 81710
John H. Pentecost, Esq., Bar No. 99527
Boyd L. Hill, Esq., Bar No.140435
HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 Sandpointe, Fourth Floor
Santa Ana, California 92707
Telephone:   (714) 432-8700
Facsimile:   (714) 546-7457
jpentencost@hkclaw.com

[E-FILING MANDATORY]

Attorneys for Defendant Cal-Am Properties, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCE ANDERSON and JASON ANDERSON,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CAL-AM PROPERTIES, INC.; CAVCO INDUSTRIES, INC. and DOES 1-100, Inclusive<br><br>　　　　　　Defendants. | Case No. CV08-3895 JCS<br><br>Assigned for All Purposes to U.S. Magistrate Judge Joseph C. Spero<br>Courtroom A, 15th Floor<br><br>**STIPULATION OF PARTIES OF DISMISSAL**<br><br>[FRCP 41 (a) (1); L.R. 7-12] |

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL HEREIN:

2      IT IS HEREBY STIPULATED by and between the parties to this action through their

3  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

4  pursuant to Federal Rule of Civil Procedure Section 41 (a) (1).

6  Dated: October 26, 2008           GREENE, CHAUVEL, DESCALSO
7                                    & MINOLETTI

8                                    By: /s/ Paul G. Minoletti
9                                       Paul G. Minoletti, Esq.
                                         Brandon L. Reeves, Esq.
10                                   Attorneys for Plaintiffs Joyce and Michael
                                     Anderson

12 Dated: October 20, 2008           HART, KING & COLDREN

14                                   By: /s/
15                                     Robert S. Coldren, Esq.
                                      John H. Pentecost, Esq.
16                                   Boyd L. Hill, Esq.
                                     Attorneys for Defendant Cal-Am Properties,
17                                   Inc.

18 Dated: October 20, 2008           RANKIN SPROAT, MIRES, BEATY &
19                                   REYNOLDS

21                                   By: /s/
22                                   Kevin R. Mintz, Esq.
                                    Bryce Gray, Esq.
23                                   Attorneys for Defendant Cavco Industries, Inc.

25 PURSUANT TO STIPULATION, IT IS SO ORDERED.

27 Date: October 22, 2008

28                                   Judge Joseph C. Spero

*IT IS SO ORDERED — Judge Joseph C. Spero — United States District Court, Northern District of California*

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

37924.005/4810-6990-0291v.1            2           STIPULATION OF DISMISSAL